**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                         : Chapter 13

Robert N Cossaboon and Charlotte A Cossaboon                  : Bankruptcy 16–11795–mdc
        Debtor(s)

**NOTICE**

1. A review of the court record indicates that the following outstanding fees are due to the bankruptcy court relating to the filing of the document noted:

Motion to Convert to Chapter 7

2. Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

3. If the payment is not processed within fourteen (14) days from the date of this notice, this matter will be referred to the Court.

                                                                             For the Court

Date: 9/23/16                                                                                      Timothy B. McGrath
                                                                               Clerk of Court