United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert N Cossaboon
Charlotte A Cossaboon
     Debtors

Case No. 16-11795-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Sep 23, 2016
                  Form ID: 210U      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
```
db/jdb         +Robert N Cossaboon,    Charlotte A Cossaboon,    40 Morgan Hollow Way,
                Landenberg, PA 19350-1049
cr             +Commonwealth of PA, Dept of Revenue,    c/o Christopher R. Momjian,
                21 S. 12th Street, 3rd Floor,    Office of Attorney General,    Philadelphia, PA 19107-3604
13724197        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13691742        Pennsylvania Department of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
13697099       +U.S. Bank N.A.,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13691743       +U.S. Bank, N.A. Trustee,    3415 Vision Drive,    Columbus, OH 43219-6009
13724464        Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 24 2016 02:04:41    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:58    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13691741        E-mail/Text: cio.bncmail@irs.gov Sep 24 2016 02:02:20    Dept. of the Treasury,
                Internal Revenue Service,    Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
13709103        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:03:15
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                            TOTAL: 4


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                 Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL   on behalf of Creditor    U.S. Bank National Association, Et Al...
                agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER R. MOMJIAN   on behalf of Creditor    Commonwealth of PA, Dept of Revenue
                crmomjian@attorneygeneral.gov
              JOSEPH F. CLAFFY   on behalf of Joint Debtor Charlotte A Cossaboon claffylaw@gmail.com,
                claffylaw@aol.com
              JOSEPH F. CLAFFY   on behalf of Debtor Robert N Cossaboon claffylaw@gmail.com,   claffylaw@aol.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 6
```

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert N Cossaboon and Charlotte A Cossaboon                    Case No: 16−11795−mdc

     Debtor(s)

---

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.


                                             For The Court

Dated: 9/23/16

                                             Timothy B. McGrath
                                             Clerk of Court