United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert N Cossaboon  
Charlotte A Cossaboon  
      Debtors

Case No. 16-11795-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 16, 2016  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.  
db/jdb       +Robert N Cossaboon,    Charlotte A Cossaboon,    40 Morgan Hollow Way,
           Landenberg, PA 19350-1049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
          crmomjian@attorneygeneral.gov
         JOSEPH F. CLAFFY    on behalf of Debtor Robert N Cossaboon claffylaw@gmail.com,    claffylaw@aol.com
         JOSEPH F. CLAFFY    on behalf of Joint Debtor Charlotte A Cossaboon claffylaw@gmail.com,
          claffylaw@aol.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
         MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,   pa35@ecfcbis.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlotte A. Cossaboon<br>Robert N. Cossaboon        Debtors | CHAPTER 7 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for AFC Mortgage Loan Asset Backed Certificates, Series 1998-1<br>                             Movant<br>vs. | NO. 16-11795 MDC<br><br>11 U.S.C. Section 362 |
| Charlotte A. Cossaboon<br>Robert N. Cossaboon        Debtors | |
| Michael H. Kaliner Esq.<br>                             Trustee | |

## ORDER

AND NOW, this 15th day of November, 2016 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 40 Morgan Hollow Way, Landenberg, PA 19350 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.

Charlotte A. Cossaboon
40 Morgan Hollow Way
Landenberg, PA 19350

Robert N. Cossaboon
40 Morgan Hollow Way
Landenberg, PA 19350

Joseph F. Claffy, Esq.
26 South Church Street
Suite 1 South
West Chester, PA 19382

Michael H. Kaliner Esq.
350 South Main Street
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532