United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-11795-mdc
Robert N Cossaboon                                                          Chapter 7
Charlotte A Cossaboon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Jan 04, 2017
                             Form ID: 211          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db/jdb        +Robert N Cossaboon,   Charlotte A Cossaboon,   40 Morgan Hollow Way,
               Landenberg, PA 19350-1049
cr            +Commonwealth of PA, Dept of Revenue,   c/o Christopher R. Momjian,
               21 S. 12th Street, 3rd Floor,   Office of Attorney General,   Philadelphia, PA 19107-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
          crmomjian@attorneygeneral.gov
         JOSEPH F. CLAFFY    on behalf of Debtor Robert N Cossaboon claffylaw@gmail.com,  claffylaw@aol.com
         JOSEPH F. CLAFFY    on behalf of Joint Debtor Charlotte A Cossaboon claffylaw@gmail.com,
          claffylaw@aol.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
         MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                          Chapter: 7

      Robert N Cossaboon and Charlotte A
Cossaboon
Debtor(s)                                                                                    Case No: 16−11795−mdc

_____

*ORDER*

    AND NOW, 1/4/17 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


    Accordingly, it is hereby ORDERED that the debtor shall have until 1/18/17 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P.

4004.


For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy
Court