

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                               :         Chapter 7

Robert N. Cossaboon
Charlotte A. Cossaboon

Debtor(s)                                       :         Bankrupty No. 16-11795MDC

ORDER

AND NOW, it appearing an Order Approving Trustee's Report, Discharge Trustee and Closing Case without the entry of order discharging dated January 18, 2017, having been entered in error, it is hereby:

Ordered, that the said order shall be and hereby is VACATED.

BY THE COURT:

_____ 1/31/17
Magdeline D. Coleman
United States Bankruptcy Judge