United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11795-mdc
Robert N Cossaboon                                                    Chapter 7
Charlotte A Cossaboon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1          Date Rcvd: Feb 01, 2017
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db/jdb         +Robert N Cossaboon,    Charlotte A Cossaboon,    40 Morgan Hollow Way,
                 Landenberg, PA 19350-1049
cr             +Commonwealth of PA, Dept of Revenue,    c/o Christopher R. Momjian,
                 21 S. 12th Street, 3rd Floor,   Office of Attorney General,    Philadelphia, PA 19107-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 02 2017 01:49:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 01:49:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2017 01:49:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              JOSEPH F. CLAFFY    on behalf of Debtor Robert N Cossaboon claffylaw@gmail.com, claffylaw@aol.com
              JOSEPH F. CLAFFY    on behalf of Joint Debtor Charlotte A Cossaboon claffylaw@gmail.com,
               claffylaw@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                              :        Chapter 7

Robert N. Cossaboon
Charlotte A. Cossaboon

Debtor(s)                          :        Bankrupty No. 16-11795MDC


ORDER

AND NOW, it appearing an Order Approving Trustee's Report, Discharge Trustee and Closing Case without the entry of order discharging dated January 18, 2017, having been entered in error, it is hereby:

Ordered, that the said order shall be and hereby is VACATED.


BY THE COURT:

_____  1/31/17
Magdeline D. Coleman
United States Bankruptcy Judge