United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert N Cossaboon
Charlotte A Cossaboon
    Debtors

Case No. 16-11795-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Mar 22, 2017
                    Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
db/jdb      +Robert N Cossaboon,   Charlotte A Cossaboon,   40 Morgan Hollow Way,
          Landenberg, PA 19350-1049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   U.S. Bank National Association, Et Al...
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CHRISTOPHER R. MOMJIAN   on behalf of Creditor   Commonwealth of PA, Dept of Revenue
       crmomjian@attorneygeneral.gov
      JOSEPH F. CLAFFY   on behalf of Debtor Robert N Cossaboon claffylaw@gmail.com,
       claffylaw@aol.com;claffylawecf@gmail.com
      JOSEPH F. CLAFFY   on behalf of Joint Debtor Charlotte A Cossaboon claffylaw@gmail.com,
       claffylaw@aol.com;claffylawecf@gmail.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association, Et Al...
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MICHAEL H KALINER   mhkaliner@gmail.com, pa35@ecfcbis.com
      MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
       Services mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                               TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:   : Chapter 7

Robert N Cossaboon and Charlotte A Cossaboon   : Case No. 16−11795−mdc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , March 22, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Judge , United States Bankruptcy Court

60
Form 195